| | |
|---|---|
| 1 | THOMAS A. BURG (Bar No. 211937) |
| 2 | Bialson, Bergen & Schwab<br>830 Menlo Avenue, Suite 201 |
| 3 | Menlo Park, California 94025<br>Telephone: (650) 857-9500 |
| 4 | Facsimile: (650) 494-2738<br>tburg@bbslaw.com |

**FILED**

Apr 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THOMAS A. BURG (Bar No. 211937)
Bialson, Bergen & Schwab
830 Menlo Avenue, Suite 201
Menlo Park, California 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
tburg@bbslaw.com

Attorneys for Plaintiff
SUPER MICRO COMPUTER, INC.

AUSTIN G. BOSARGE (Bar No. 188364)
Turning Point Law
911 Lakeville St.
Petaluma, CA 94952
Telephone: (415) 492-2041
Facsimile: (888) 977-5380
abosarge@turningpointlaw.com

Attorneys for Defendant
PCPC DIRECT, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUPER MICRO COMPUTER, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PCPC DIRECT, LTD.; a Texas Limited Partnership;<br><br>Defendant. | CASE NO. 5:20-cv-6648-NC<br><br>**STIPULATION AND ORDER RE: DISMISSAL AND RETENTION OF JURISDICTION** |

Plaintiff Super Micro Computer, Inc. ("Super Micro") and Defendant PCPC Direct, Ltd. (hereinafter "Defendant") hereby stipulate, agree and respectfully request that the Court issue an order dismissing this action and retaining jurisdiction over the parties' settlement agreement. The parties submit the following facts in support of this request:

    1.    The parties have reached a settlement in this action.

    2.    The terms of the settlement involve performance over time.

3. The settlement includes a stipulation for entry of judgment that permits Super Micro to seek entry of a stipulated judgment if there is a default of certain terms under the settlement agreement.

4. The parties have agreed to jointly request that the Court dismiss the case pursuant to Federal Rule of Civil Procedure 41(a) and retain jurisdiction over the terms of the settlement agreement and enforcement of the stipulation for entry of judgment until all conditions of the settlement agreement have been performed.

**IT IS SO STIPULATED**.

Dated: April 28, 2021

| BIALSON, BERGEN & SCHWAB | TURNING POINT LAW |
|---|---|
| By: /s/ Thomas A. Burg<br>Thomas A. Burg[1]<br>Attorneys for Plaintiff<br>SUPER MICRO COMPUTER, INC. | By: /s/Austin G. Bosarge<br>Austin G. Bosarge<br>Attorney for Defendant<br>PCPC DIRECT, LTD. |

**PURSUANT TO STIPULATION IT IS SO HEREBY ORDERED AS FOLLOWS**:

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed by October 2, 2023. All scheduled dates are VACATED. The Court retains jurisdiction over this case until October 15, 2023. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

Dated: April 28, 2021

By: _____
HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

---

[1] Pursuant to Local Rule 5-1(i)(3), I, Thomas A. Burg, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.